THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| HOGAN & ASSOCIATES CONSTRUCTION, INC., a Utah corporation; WILLIAM A. SMITH, an individual; and JENNY R. SMITH, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware limited liability company; EAGLE NASHVILLE AIRPORT HOTEL, LLC, a Delaware limited liability company; TAYLOR WOODS, an individual; and DOES 1-10,<br><br>　　　　　　　Defendants. | **MEMORANDUM DECISION AND ORDER GRANTING [23] DEFENDANT WOODS' MOTION FOR EXTENSION OF TIME**<br><br>Case No. 1:22-cv-00110-DBB-JCB<br><br>District Judge David Barlow |

**ORDER**

On February 1, 2023, Plaintiffs filed their Amended Complaint.[1] On August 3, 2023, the clerk of the court entered a default certificate as to Defendant Woods.[2] On August 17, 2023, Defendant Woods mailed the court a letter expressing difficulties in finding Utah counsel, and asking an additional 30 days to answer the Amended Complaint.[3] In order to allow Defendant Woods to present the court with a showing of good cause through a Motion to Set Aside Default, the court GRANTS Defendant Woods an extension of 30 days from the time of his letter.

---

[1] ECF No. 16.
[2] ECF No. 22.
[3] ECF No. 23.

1

Signed September 1, 2023.

                                                        BY THE COURT

                                                        _____
                                                        David Barlow
                                                       United States District Judge