Eric P. Lee (4870)
Matthew M. Kaufmann (14221)
HOGGAN LEE HUTCHINSON
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060
Telephone: (435) 615-2264
eric@hlhparkcity.com
mattk@hlhparkcity.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HOGAN & ASSOCIATES CONSTRUCTION, INC., a Utah corporation; WILLIAM A. SMITH, an individual; and JENNY R. SMITH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>URBAN COMMONS 6TH AVE SEATTLE, LLC, a Delaware limited liability company; EAGLE NASHVILLE AIRPORT HOTEL, LLC, a Delaware limited liability company; TAYLOR WOODS, an individual; and DOES 1-10.<br><br>Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Civil No. 1:22-cv-00110-DBB-JCB<br><br>Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Hogan & Associates Construction, Inc., William A. Smith, and Jenny R. Smith (collectively, "Plaintiffs") dismiss this action without prejudice. Dismissal without prejudice pursuant to this

notice is proper because no Defendant has served "an answer or a motion for summary judgment."[1]

**DATED** this 16th day of October, 2023.

**HOGGAN LEE HUTCHINSON**

/s/ *Matthew M. Kaufmann*
Eric P. Lee
Matthew M. Kaufmann
*Attorneys for Plaintiffs*

---

[1] FED. R. CIV. P. 41(a)(1)(A)(i); *see generally* Docket.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2023, I caused a true and correct copy of the foregoing to be sent to Defendant Taylor Woods via email at taylorwoods23@gmail.com.

/s/ *Matthew M. Kaufmann*